IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Gudrun J. Rice

| | |
|---|---|
| Case No.: 07-cr-00356-WYD | Deputy Micki Spolar |
| Date: September 10, 2007 | Recorder: 09/10/07 FTR GJR PM |
| UNITED STATES OF AMERICA, | Roxanne Perruso |
|     Plaintiff,<br>vs. | |
| JOHN DOE<br>a/k/a JACK DAVID PEREIDA, | Vince Felletter |
|     Defendant. | |

Motion Hearing

Court in Session:   4:03 p.m.

Court calls case and appearances of counsel.  AUSA Perruso appeared by phone. Defendant is present with Mr. Felletter.

Court comments.

Mr. Felletter's argument re: return of Defendant's drivers license.

Ms. Perruso's response argument.

Defendant stipulated to return of the drivers license one week prior to trial.

Government moves the Court enter an order for return of Defendant's drivers license prior to trial.

Court finds and concludes Defendant's Motion to Return Property is GRANTED. The court will accept receipt of the Defendant's drivers license from evidence and completion of property bond by Defendant.

Hearing concluded
Court in recess:   4:22 p.m.

Hearing duration:   19 minutes