IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Gudrun J. Rice

Case No.: 07-cr-00356-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOHN DOE
a/k/a JACK DAVID PEREIDA,

    Defendant.

## ORDER

    This matter came on for hearing on the defendant's motion to return property pursuant to Federal Rule 41(g).  Appearing were Roxane Perruso, AUSA, for the government, by phone, and Vincent Felletter, in person for the defendant, who also appeared personally in the courtroom.

    For the reasons more fully articulated on the record, the Court GRANTS the Defendant's motion to return property, and imposes reasonable conditions to protect access to the property and its use in later proceedings, subject to the following terms and conditions:

    The Defendant shall stipulate to the return of the driver's license into evidence one week prior to trial and if the driver's license becomes unavailable for some reason, the Defendant shall stipulate that the photocopy of the driver's license, which has already been produced by the government to the Defendant,  is deemed authentic and admissible in lieu of the original at trial.

    The Defendant so stipulated, in open court, on September 10, 2007.

    The government shall return the driver's license to the Defendant by federal express, in care of the chambers of Magistrate Judge Gudrun J. Rice, United States District Court, Wayne Aspinall Federal Building, 400 Rood Avenue, Room 310, Grand Junction, Colorado 81501.

The Defendant shall present the returned driver's license to the Court for completion of the property bond which has been ordered in this case.

Dated this 10th day of September, 2007.

BY THE COURT:

s/Gudrun J. Rice

Gudrun J. Rice
United States Magistrate Judge