UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 07-cr-00356-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN DOE
a/k/a JACK DAVID PEREIDA,

    Defendant.

_____

**ORDER**
_____

This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Wednesday, October 10, 2007,** and responses to these motions shall be filed by **Friday, October 19, 2007.**  It is

FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference will take place **Friday, October 26, 2007, at 1:30 p.m.**  It is

FURTHER ORDERED that a 4-day jury trial is set to commence **Monday, November 5, 2007, at 9:00 a.m. in courtroom A-1002.**

Dated: September 12, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge