UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 07-cr-00356-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN DOE, a/k/a Jack David Pereida,

    Defendant.
_____

**ORDER DISCHARGING ORDER TO SHOW CAUSE**
_____

THIS MATTER is before the Court on the Order to Show Cause, issued March 11, 2009 [#53]. The Order required counsel for Defendant, Michael Todd Calvert to show cause in writing why sanctions should not be imposed against him for failure to appear at the March 11, 2009, Sentencing Hearing. Mr. Calvert responded to the Order to Show Cause on March 13, 2009. In consideration of the Response, I find that the Order to Show Cause should be discharged. However, counsel is admonished that further failures to properly calendar settings in this case will result in sanctions. Therefore, it is hereby

ORDERED that the Order to Show Cause, issued March 11, 2009 [#53] is hereby **DISCHARGED**. It is

FURTHER ORDERED that counsel for Defendant shall coordinate with counsel for the Government and contact my Chambers to re-set the Sentencing Hearing in this case on or before **Friday, March 20, 2009.**

Dated: March 16, 2009

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge